UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NELSON GARCIA-SOTO,<br><br>Defendant. | Case No. 1:12-cr-00021-BLW-5<br><br>**MEMORANDUM DECISION AND ORDER** |

## ORDER

Before the Court is Defendant's motion for a copy of the statement of reasons. Dkt. 385. The Court's general practice is to file the statement of reasons under seal and make it available only to counsel. *See* Federal Rule of Criminal 32(c)(1). Accordingly, Defendant's motion is **DENIED**.

DATED: September 1, 2020

_____
B. Lynn Winmill
U.S. District Court Judge

MEMORANDUM DECISION AND ORDER - 1